**Appeal Dismissed and Memorandum Opinion filed December 5, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00525-CV

### WOODROW W. MILLER, Appellant

### V.

### DISCOVER BANK, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1221575**

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 19, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On August 15, 2024, this court ordered appellant to pay the appellate filing fee on or before August 26, 2024, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consist of Chief Justice Christopher and Justices Bourliot and Wilson.